**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**AMANDA I.D.,**

    **Plaintiff,**                                    Case No. 2:23-cv-11
                                                     Judge Edmund A. Sargus, Jr.
**KILOLO KIJAKAZI,**                   Magistrate Judge Karen Litkovitz

    **Defendant,**

**ORDER**

    This Social Security disability benefits appeal is presently before the Court on the parties' Joint Motion to Remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g).  (ECF No. 11.)  Based upon the Joint Motion to Remand of the parties and for good cause shown, the Court **GRANTS** the parties' Joint Motion to Remand.  (ECF No. 11.)  The Clerk is **DIRECTED to ENTER JUDGMENT** in Plaintiff's favor under Fed. R. Civ. P. 58 and **CLOSE** this case.  This matter **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Order and the parties' stipulation.

    **IT IS SO ORDERED.**


**6/15/2023**                                                 s/Edmund A. Sargus, Jr.
**DATE**                                                     **EDMUND A. SARGUS, JR.**
                                                         **UNITED STATES DISTRICT JUDGE**